UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


JANA JANSEN,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States;

UNITED STATES DEPARTMENT OF STATE;

UNITED STATES DEPARTMENT OF HOMELAND SECURITY;

SOCIAL SECURITY ADMINISTRATION;

UNITED STATES ATTORNEY GENERAL;

SECRETARY OF HEALTH AND HUMAN SERVICES;

DIRECTOR OF THE OFFICE OF PERSONNEL MANAGEMENT,

Defendants.


CIVIL ACTION NO.: 25-cv-02961


1

**PLAINTIFF'S MOTION FOR APPOINTMENT OF LIMITED-SCOPE COUNSEL**

Plaintiff "Jana Jansen," proceeding pro se and in forma pauperis, respectfully moves this Court pursuant to 28 U.S.C. § 1915(e)(1) for the appointment of limited-scope counsel from the Civil Pro Bono Panel.

In support of this motion, Plaintiff states:

1. Plaintiff has demonstrated the ability to research, draft, and prosecute her case, and seeks to remain as lead pro se counsel of record.

2. However, Plaintiff faces practical and logistical barriers that require assistance:

   - Technical and clerical tasks related to CM/ECF formatting, exhibits, and compliance with local rules;

   - Limited-scope co-counsel support for oral argument or hearings, particularly if in-person proceedings are required in the District of Columbia, which Plaintiff cannot attend due to distance and confidentiality program enrollment;

   - General guidance on ensuring filings meet all procedural requirements without delay or error.

3. The issues presented in this case involve constitutional and administrative law questions of significant public importance, and the assistance of appointed counsel would aid both the Plaintiff and the Court.

4. Appointment on a limited-scope basis would balance Plaintiff's ability to proceed pro se with targeted professional assistance for tasks that require in-person or technical support, without imposing the burden of full representation on the Civil Pro Bono Panel.

WHEREFORE, Plaintiff respectfully requests that this Court appoint counsel for the limited

2

purposes of (1) assisting with clerical and technical compliance in filings; (2) appearing for oral argument or hearings as directed by the Court; and (3) serving in a co-counsel advisory capacity as needed, while permitting Plaintiff to remain as lead counsel of record.

Plaintiff further notes that she prefers and requests limited-scope appointment; however, if the Court determines that full appointment of counsel is necessary to serve the interests of justice, Plaintiff respectfully requests the opportunity to confer with any appointed counsel regarding scope while retaining as much direct involvement as possible.

Dated: 2 September 2025

Respectfully submitted,

Jana Jansen (pseudonym)

Pro Se Plaintiff

c/o Clerk of Court (for public filings)

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2025, a true and correct copy of the foregoing

Motion to Proceed Under Pseudonym was served upon the following in the manner required by local rules and/or agency specific rules:

1. United States Attorney for the District of Columbia

   United States Attorney's Office

   601 D Street, NW

   Washington, DC 20530

2. Attorney General of the United States

   United States Department of Justice

   950 Pennsylvania Avenue, NW

   Washington, DC 20530-0001

3. United States Department of State

   Office of the Legal Adviser

   Suite 5.600

   600 19th Street, NW

   Washington, DC 20522-0505

4. United States Department of Homeland Security

   Office of General Counsel

   2707 Martin Luther King Jr. Avenue, SE

Washington, DC 20528

5. Social Security Administration

Office of General Counsel

6401 Security Boulevard

Baltimore, MD 21235

6. United States Department of Health and Human Services

Office of General Counsel

200 Independence Avenue, SW

Washington, DC 20201

7. United States Office of Personnel Management

Office of General Counsel

1900 E Street, NW

Washington, DC 20415

Jana Jansen (pseudonym)

Pro Se Plaintiff

c/o Clerk of Court (for public filings)

United States District Court for the District of Columbia

5

333 Constitution Avenue NW

Washington, DC 20001