UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


JANA JANSEN,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States;

UNITED STATES DEPARTMENT OF STATE;

UNITED STATES DEPARTMENT OF HOMELAND SECURITY;

SOCIAL SECURITY ADMINISTRATION;

UNITED STATES ATTORNEY GENERAL;

SECRETARY OF HEALTH AND HUMAN SERVICES;

DIRECTOR OF THE OFFICE OF PERSONNEL MANAGEMENT,

Defendants.


CIVIL ACTION NO.: 25-cv-02961

1

## PLAINTIFF'S VERIFIED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff "Jana Jansen," proceeding pro se and under pseudonym, respectfully moves this Court for a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65(b), and for a Preliminary Injunction, to preserve the status quo and prevent imminent irreparable harm.

### I. Grounds for Relief

1. Ongoing Forced Outing:

    Each interaction Plaintiff has with the Social Security Administration ("SSA") automatically exposes Plaintiff's sex at birth and a childhood name that she has not used for decades, via the NUMIDENT record. Courts have recognized that compelled disclosure of intimate personal information constitutes a present injury. See *Doe v. Bolton,* 410 U.S. 179, 213 (1973); *Nixon v. Administrator of General Services*, 433 U.S. 425, 457 (1977).

2. Executive Order 14168 Magnifies the Risk:

    Executive Order 14168 freezes SSA's current policy and directs agencies to reclassify sex based solely on "sex at conception." This transforms Plaintiff into a target for reversion whenever she interacts with SSA, magnifying the harm of each forced disclosure. The Supreme Court has held that abrupt reversals of established policy without reasoned explanation are "arbitrary and capricious." *Motor Vehicle Mfrs. Ass'n v. State Farm*, 463 U.S. 29, 42 (1983).

3. Imminent Irreparable Harm:

    Plaintiff has an SSA appointment scheduled for September 23, 2025, which she must attend to maintain benefits. At that appointment, she will be forcibly outed, flagged as a

reversion candidate, and placed at risk of permanent changes to her government records. Plaintiff also faces a Global Entry renewal in November 2025, where she will again be subjected to scrutiny under the EO. Courts recognize that once sensitive personal information is disclosed, the harm is irreparable. See *Doe v. Luzerne Cnty.*, 660 F.3d 169, 175 (3d Cir. 2011).

4. Reliance and Estoppel:

   In the 1990s, Plaintiff submitted medical documentation, including a surgeon's letter, as required by federal agencies to authorize sex marker changes. Those determinations were final and consistently recognized for more than 30 years. Agencies cannot now repudiate their own factual determinations without violating reliance principles. See *DHS v. Regents of the Univ. of California*, 591 U.S. 1, 23–24 (2020).

5. Balance of Equities and Public Interest:

   The government suffers no harm from continuing to respect its own longstanding determinations regarding Plaintiff's identity. By contrast, Plaintiff faces catastrophic harm — exposure, stigma, and destabilization of her family life. Protecting individuals from arbitrary reversals of agency decisions and safeguarding privacy is in the public interest. See *Washington v. Reno*, 35 F.3d 1093, 1103 (6th Cir. 1994).

6. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff respectfully requests the Court waive any security bond because this motion seeks to vindicate constitutional rights, Defendants face no monetary harm, and Plaintiff is proceeding in forma pauperis. See *Banks v. Booth*, 459 F.Supp.3d 143, 173 (D.D.C. 2020)

## II. Certification of Notice

Pursuant to FRCP 65(b)(1)(B), Plaintiff certifies that no counsel has yet appeared for

Defendants, and that she proceeds in forma pauperis. Defendants have not yet been served. Plaintiff is submitting this motion to the Clerk for docketing, which will ensure prompt notice to the Department of Justice once counsel appears. Plaintiff certifies that notice of this filing and the proposed order will be transmitted via the Court's docketing system to the Civil Division of the U.S. Attorney's Office for the District of Columbia .

### III. Relief Requested

Plaintiff respectfully requests that this Court:

I.  Temporarily restrain Defendants from altering, reverting, or disclosing Plaintiff's SSA, DHS, or State Department records pending a preliminary injunction hearing;

II.  Direct that any administrative updates or issuance of a new Social Security number not be linked to Plaintiff's prior NUMIDENT record pending further order of the Court;

III.  Require that any filings containing Plaintiff's medical documentation or personal identifiers be filed under seal and redacted on the public docket;

IV.  Waive any bond requirement under Fed. R. Civ. P. 65(c), given Plaintiff's in forma pauperis status and the constitutional nature of the rights asserted. See *Banks v. Booth*, 459 F. Supp. 3d 143, 173 (D.D.C. 2020);

V.  Set this matter for an expedited hearing prior to September 23, 2025.

Dated: 4 September 2025

Respectfully submitted,

_____

Jana Jansen (pseudonym)

Pro Se Plaintiff

4

c/o Clerk of Court (for public filings)

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

This motion complies with LCvR 7(e), being fewer than 45 pages.

### Declaration Under 28 U.S.C. § 1746

I, "Jana Jansen," declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the factual statements set forth in this Motion are true and correct to the best of my knowledge.

Executed this 4th Day of September 2025

_____

Jana Jansen (pseudonym)

Pro Se Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on 4th September 2025, I submitted the foregoing to the Clerk of Court for filing via email to DCD_Intake@dcd.uscourts.gov, for docketing in this action.

_____

Jana Jansen (pseudonym)

Pro Se Plaintiff

c/o Clerk of Court (for public filings)

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

## EXHIBIT A



REDACTED EMAIL>

---

## Appointment Confirmation

**no-reply@ssa.gov** <no-reply@ssa.gov>  1 August 2025 om 10:59
REDACTED EMAIL

Thank you for contacting the Social Security Administration. You scheduled an in-office appointment with us. This is confirmation of the date and time of your appointment.

Date of Appointment:  Tuesday, September 23, 2025
Time of Appointment:  09:20 AM

If you need to cancel or reschedule your appointment or would like to opt out of electronic messages, please click the following link: https://secure.ssa.gov/ess/customer-ui/reschedule/IwDazx7jtD