**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANA JANSEN,

        *Plaintiff*,

    v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Civil Action No. 25 - 2961 (LLA)

## ORDER

Upon consideration of Plaintiff Jana Jansen's motion to appoint counsel, ECF No. 6, and finding good cause shown, it is **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that, pursuant to Local Civ. R. 83.11, the Clerk of Court shall appoint counsel from the court's Civil Pro Bono Panel to represent Ms. Jansen in this matter.[1]

    **SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   September 8, 2025

---

[1] While Ms. Jansen requests a "limited-scope" appointment, ECF No. 6, at 2, that is inconsistent with Local Rule 83.11(b)(5)(iii). Accordingly, counsel is appointed for all purposes related to this matter.