UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


JANA JANSEN,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States;

UNITED STATES DEPARTMENT OF STATE;

UNITED STATES DEPARTMENT OF HOMELAND SECURITY;

SOCIAL SECURITY ADMINISTRATION;

UNITED STATES ATTORNEY GENERAL;

SECRETARY OF HEALTH AND HUMAN SERVICES;

DIRECTOR OF THE OFFICE OF PERSONNEL MANAGEMENT,

Defendants.


CIVIL ACTION NO.: 25-cv-02961



RECEIVED
SEP 14 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO SUBSTITUTE CORRECTED PDFs AND TO ADMINISTRATIVELY SEAL PRIOR VERSIONS

Plaintiff, proceeding pro se and under pseudonym, respectfully moves for administrative relief to (1) substitute corrected PDF copies of certain filings, and (2) administratively seal the previously filed versions. This request is made to ensure continued compliance with the Court's pseudonym order (ECF No. 12), **Fed. R. Civ. P. 5.2**, and **LCvR 5.1(h)**.

1. The corrected PDFs are **identical in text and pagination** to the previously filed versions and are submitted solely to address **privacy and administrative concerns** related to Plaintiff's pseudonymous status.

2. Contemporaneously with this motion, Plaintiff submits a **short supporting declaration under seal** providing additional detail to the Court.

3. The filings for which substitution is requested are:
    - Complaint for Declaratory and Injunctive Relief (filed Sept. 2, 2025) [ECF No. 1];
    - Motion for Leave to Proceed in Forma Pauperis (filed Sept. 2, 2025) [ECF No. 2]
    - Seaeled Motion to Proceed Under Pseudonym and Text of Proposed Order (filed Sept. 2, 2025) [ECF No. 3]
    - Sealed Motion for Leave to File Address Under Seal and Text of Proposed Order (filed Sept. 2, 2025) [ECF No. 4]
    - Motion for Preliminary Injunction and Text of Proposed Order (filed Sept. 2, 2025) [ECF No. 5]

- Motion to Appoint Counsel and Text of Proposed Order (filed Sept. 2, 2025) [ECF No. 6]
- Motion for Service by U.S. Marshals Service and Text of Proposed Order (filed Sept. 2, 2025) [ECF No. 7]
- Request for Summons to Issue and seven attached Summonses (filed Sept. 2, 2025) [ECF No. 8]
- Motion for Protective Order and Text of Proposed Order (filed Sept. 3, 2025) [ECF No. 9]
- Motion to Take Judicial Notice and Text of Proposed Order (filed Sept. 3, 2025) [ECF No. 10]
- Motion for Hearing and Text of Proposed Order (filed Sept. 3, 2025) [ECF No. 11]
- Motion for Temporary Restraining Order and Text of Proposed Order (filed Sept. 4, 2025) [ECF No. 13]
- Response to Order of the Court re Motion to Proceed Under Pseudonym ECF 12 (filed Sept. 7, 2025) [ECF No. 14]
- Notice to Correct Misspelling of Plaintiff's Name and Text of Proposed Order (filed Sept. 7, 2025) [ECF No. 15]
- Errata re Motion to Take Judicial Notice (filed Sept. 7, 2025) [ECF No. 17]
- Notice of Filing Sealed Declaration (filed Sept. 7, 2025) [ECF No. 19]
- Sealed Motion for Leave to File Document Under Seal, Notice of Submission and Text of Proposed Order (filed Sept. 10, 2025) [ECF No. 21]

4. Upon the Court's grant of this motion, Plaintiff requests that the Clerk **administratively seal** the prior versions of the above-listed filings and **substitute** the corrected PDFs submitted with this motion.

5. This relief is **narrowly tailored** and consistent with the Court's prior orders permitting pseudonymity and sealed submissions. No party will be prejudiced; there are **no substantive changes** to the filings.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion, direct the Clerk to **administratively seal** the previously filed versions, and **substitute** the corrected PDFs attached hereto.

Dated: September 14, 2025

Respectfully submitted,

*/s/ Jana Jansen*

Jana Jansen (pseudonym)

Pro Se Plaintiff

c/o Clerk of Court (for public filings)

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2025 I submitted the foregoing Motion for Administrative Relief to Substitute Corrected PDFs and to Administratively Seal Prior Versions, to the Clerk of Court for docketing in Case No. 25-cv-02961. Service on Defendants has not yet been effectuated. Pursuant to 28 U.S.C. § 1915 and Fed. R. Civ. P. 4(c)(3), Plaintiff proceeds in forma pauperis, and service will be completed by the U.S. Marshals Service following issuance of summons. Defendants will receive notice of filings via the docket once they have appeared.

*[signature]*

Jana Jansen (pseudonym)

Pro Se Plaintiff

c/o Clerk of Court (for public filings)

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

5