UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JANA JANSEN,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States;

UNITED STATES DEPARTMENT OF STATE;

UNITED STATES DEPARTMENT OF HOMELAND SECURITY;

SOCIAL SECURITY ADMINISTRATION;

UNITED STATES ATTORNEY GENERAL;

SECRETARY OF HEALTH AND HUMAN SERVICES;

DIRECTOR OF THE OFFICE OF PERSONNEL MANAGEMENT,

Defendants.

**CIVIL ACTION NO.:**

## PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

### INTRODUCTION

Plaintiff respectfully moves this Court for leave to proceed under the pseudonym "Jana Jansen." Plaintiff seeks this protection to preserve her privacy, protect her children, and avoid the severe stigma, harassment, and safety risks associated with public disclosure of her identity. This motion is made pursuant to the Court's inherent authority, Fed. R. Civ. P. 10(a), and controlling precedent allowing exceptions to the general rule of party name disclosure when justified by compelling circumstances.

### LEGAL STANDARD

Rule 10(a) requires the names of parties in pleadings, but courts have long recognized exceptions where anonymity is necessary to protect privacy, prevent harassment, or safeguard vulnerable parties. *Doe v. Stegall*, 653 F.2d 180, 185 (5th Cir. 1981). The D.C. Circuit considers whether identification would risk retaliatory harm, whether the suit implicates sensitive matters, whether minors are involved, and whether the public interest is served by disclosure. *United States v. Microsoft Corp.*, 56 F.3d 1448, 1464 (D.C. Cir. 1995).

### ARGUMENT

I. **Risk of Harassment and Retaliation**

1. Plaintiff is a transgender/intersex woman who has lived under a female legal identity for over thirty years. She has already faced harassment, stalking, and family retaliation related to her gender identity. Disclosure of her legal name would expose her and her minor children to further harm. Courts routinely grant pseudonym protection in such circumstances. See *Doe v. Stegall*, 653 F.2d at 186.

II. **Involvement of Minors**

2. Plaintiff is the sole custodial parent of two minor children. Protecting her anonymity also protects the children's privacy and safety, which strongly favors pseudonymity. See *Microsoft,* 56 F.3d at 1464 (privacy of minors weighs heavily).

### III.   Highly Sensitive and Stigmatizing Issues

3. This case directly involves Plaintiff's transgender status, medical history, and legal documents. Such information is highly personal, and forced disclosure would cause lasting stigma and reputational harm. Federal courts recognize this as a core justification for pseudonymity.

### IV.   Minimal Prejudice to Defendants

4. Defendants are government officials and agencies. They suffer no prejudice by litigating against Plaintiff under a pseudonym, as her identity can be disclosed to them under seal if necessary. The balance of equities thus favors pseudonymity.

### V.   Public Interest Considerations

5. The public's interest lies in the important constitutional questions raised—whether Executive Order 14168 is valid—not in Plaintiff's personal identity. Proceeding under pseudonym protects Plaintiff while preserving full public access to the legal and constitutional issues presented.

### RELIEF REQUESTED

For these reasons, Plaintiff respectfully requests that this Court enter an order:

1. Granting Plaintiff leave to proceed under the pseudonym "Jana Jansen" in all public filings;

2. Directing the Clerk to accept pleadings under the pseudonym, with Plaintiff's true identity maintained under seal;

3. Granting such other and further relief as the Court deems just and proper.

Dated: 2 September 2025

Respectfully submitted,

_____

Jana Jansen (pseudonym)

Pro Se Plaintiff

c/o Clerk of Court (for public filings)

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2025, a true and correct copy of the foregoing Motion to Proceed Under Pseudonym was served upon the following in the manner required by local rules and/or agency specific rules:

1. United States Attorney for the District of Columbia

   United States Attorney's Office

   601 D Street, NW

   Washington, DC 20530

4

2. Attorney General of the United States

    United States Department of Justice

    950 Pennsylvania Avenue, NW

    Washington, DC 20530-0001

3. United States Department of State

    Office of the Legal Adviser

    Suite 5.600

    600 19th Street, NW

    Washington, DC 20522-0505

4. United States Department of Homeland Security

    Office of General Counsel

    2707 Martin Luther King Jr. Avenue, SE

    Washington, DC 20528

5. Social Security Administration

    Office of General Counsel

    6401 Security Boulevard

    Baltimore, MD 21235

6. United States Department of Health and Human Services

   Office of General Counsel

   200 Independence Avenue, SW

   Washington, DC 20201

7. United States Office of Personnel Management

   Office of General Counsel

   1900 E Street, NW

   Washington, DC 20415

   *[signature]*

   Jana Jansen (pseudonym)

   Pro Se Plaintiff

   c/o Clerk of Court (for public filings)

   United States District Court for the District of Columbia

   333 Constitution Avenue NW

   Washington, DC 20001