UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANA JANSEN,

        *Plaintiff*,

v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Civil Action No. 25 - 2961 (LLA)

## ORDER

Upon consideration of Plaintiff Jana Jansen's Motion for Administrative Relief to Substitute Corrected PDFs and to Administratively Seal Prior Versions, ECF No. 33, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to substitute the following docket items:

- Complaint, ECF No. 1, with ECF Nos. 33-2, 33-3;
- Motion for Leave to Proceed In Forma Pauperis, ECF No. 2, with ECF No. 33-4;
- Sealed Motion to Proceed Under Pseudonym, ECF No. 3, with ECF Nos. 33-5, 33-6;
- Sealed Motion for Leave to File Address Under Seal, ECF No. 4, with ECF Nos. 33-7, 33-8;
- Motion for Preliminary Injunction, ECF No. 5, with ECF Nos. 33-9, 33-10;
- Motion to Appoint Counsel, ECF No. 6, with ECF Nos. 33-11, 33-12;
- Motion for Service by U.S. Marshals, ECF No. 7, with ECF Nos. 33-13, 33-14;
- Request for Summons to Issue, ECF No. 8, with ECF Nos. 33-15, 33-16;
- Motion for Protective Order, ECF No. 9, with ECF Nos. 33-17, 33-18;

- Motion to Take Judicial Notice, ECF No. 10, with ECF Nos. 33-19, 33-20;

- Motion for Hearing, ECF No. 11, with ECF Nos. 33-21, 33-22;

- Motion for Temporary Restraining Order, ECF No. 13, with ECF Nos. 33-23, 33-24;

- Response to Order of the Court, ECF No. 14, with ECF Nos. 33-25;

- Notice to Correct Misspelling of Plaintiff's Name, ECF No. 15, with ECF No. 33-26;

- Errata re Motion to Take Judicial Notice, ECF No. 17, with ECF Nos. 33-27, 33-28;

- Notice of Filing Sealed Declaration, ECF No. 19, with ECF No. 33-29; and

- Sealed Motion for Leave to File Document Under Seal, ECF No. 21, with ECF Nos. 33-30, 33-31, 33-32.

Once the substitutions are made, the original versions of the documents should be taken off the CM/ECF system.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   October 2, 2025