UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANA JANSEN,<br><br>      Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP,<br>President of the United States, et al.,<br><br>      Defendants. | Civil Action No. 25-2961 (LLA) |

**JOINT MOTION FOR A TEMPORARY STAY**

    The plaintiff and the defendants respectfully move for a temporary stay of proceedings while arrangements with the plaintiff's court-appointed counsel are finalized. In support of this motion, the parties state as follows:

    1.    On September 2, 2025, plaintiff pro se Jana Jansen (using a pseudonym) brought this civil action challenging Executive Order 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 30, 2025). The complaint alleges that the plaintiff "has lived exclusively as a woman for over 30 years" and that the Executive Order will require certain of the plaintiff's federal "identification documents to reflect a sex inconsistent with her lived reality and surgical correction," among other alleged harms. Compl. (ECF No. 1) ¶¶ 5, 86. The complaint contains claims under the Fifth Amendment's Due Process Clause, *id.* ¶¶ 116–22, the Equal Protection Clause, *id.* ¶¶ 123–30; 149–55, the First Amendment, *id.* ¶¶ 131–38, and the Administrative Procedure Act, *id.* ¶¶ 139–48. It seeks an order enjoining the government from enforcing certain aspects of the Executive Order against "post-operative intersex/transgender individuals," *id.* ¶ 161, and from "changing

Plaintiff's sex designation on any and all federal government records or identification," *id.* ¶ 164, among other relief.

2. The United States Attorney's Office was served with the complaint on October 8, 2025, and its answer is currently due on December 8, 2025.

3. Along with the complaint, the plaintiff also filed, among other things, a motion for a preliminary injunction (ECF No. 5) and a motion for the appointment of counsel (ECF No. 6). On September 4, 2025, the plaintiff filed a motion for a temporary protective order (ECF No. 13).

4. On September 8, 2025, the Court granted the plaintiff's motion to appoint counsel. (ECF No. 20). On September 9, 2025, the Court ordered the plaintiff to file a notice with her telephone number and email address for use in make arrangements with court-appointed counsel. Min. Order (Sept. 9, 2025). The plaintiff filed the required notice on September 10, 2025. (ECF No. 21). The plaintiff has yet to hear from a court-appointed attorney.

5. On September 23, 2025, the Court sua sponte denied the plaintiff's motion for a preliminary injunction and motion for a temporary restraining order. Mem. Op. & Order (ECF No. 36). The plaintiff's motion argued that the Social Security Administration would immediately change the sex in the plaintiff's records from "female" to "male," and the Court concluded that the plaintiff had not shown a cognizable injury in part because Social Security Cards to not identify the holder's sex. *Id.* at 2, 5, 6 n.3.

6. On September 29, 2025, the plaintiff filed another motion for a preliminary injunction. This motion argues that the plaintiff will suffer irreparable harm from the change the sex designation on a Global Entry card. Mot. (ECF No. 38) ¶ 3. The plaintiff's current card expires in November 2026 and must be renewed. *Id.* ¶ 4.

7. The United States Attorney's Office was served with the motion for preliminary injunction on October 8, 2025, and its response is currently due by October 15, 2025.

8. The parties have conferred and agree that a temporary stay of this matter is warranted to allow time for the plaintiff to be represented by her court-appointed attorney and receive the benefit of that attorney with respect to any preliminary relief. Once court-appointed counsel appears for the plaintiff, that counsel and undersigned counsel for the defendants can discuss a schedule for further proceedings. The parties therefore request that the Court stay proceedings at this time pending further order of the Court.

9. The parties further propose to file a joint status report by November 7, 2025, updating the Court on the status of plaintiff's representation by counsel. The plaintiff reserves the right to request that the stay be lifted at that time.

Respectfully submitted,

| | |
|---|---|
| /s/ *Jana Jansen* | JEANINE FERRIS PIRRO |
| JANA JANSEN (pseudonym) | United States Attorney |
| | |
| *Plaintiff Pro Se* | By:     /s/ *Johnny Walker* |
| | JOHNNY H. WALKER, III, D.C. Bar #991325 |
| | Assistant United States Attorney |
| | 601 D Street, NW |
| | Washington, DC 20530 |
| | (202) 252-2511 |
| | |
| | *Attorneys for the United States of America* |

October 9, 2025