**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JANA JANSEN,

        *Plaintiff,*

    v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.

        *Defendants*.

Civil Action No. 1:25-cv-02961-LLA

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 7, Plaintiff Jana Jansen respectfully moves this Court for a three-week extension of her deadline to file an amended complaint, from January 16, 2026 to February 6, 2026; and a three-week extension of the briefing schedule on her forthcoming renewed motion for a preliminary injunction. Defendants consent to the relief requested herein. As good cause in support of this motion, Ms. Jansen states:

1. On December 17, 2025, following the appointment of pro bono counsel for Ms. Jansen, the parties jointly moved for entry of a schedule on Ms. Jansen's forthcoming amended complaint and forthcoming renewed motion for a preliminary injunction, ECF No. 47, which this Court granted, *see* Dec. 18, 2025 Min. Order. This Court also granted the parties' joint request to stay Defendants' time to answer the amended complaint until fourteen days after the Court rules on Ms. Jansen's motion for a preliminary injunction. *Id*.

2. Ms. Jansen requests additional time to consult with her newly appointed counsel on her amended complaint and renewed motion for a preliminary injunction. This cases raises

important, complex constitutional issues such that the Court and both parties would benefit from allowing Ms. Jansen additional time to prepare.

3.      Accordingly, Ms. Jansen requests the Court grant a three-week extension for the deadlines in the briefing schedule for her amended complaint and renewed motion for a preliminary injunction, which would result in the following updated schedule:

| February 6, 2026 | Plaintiff files her amended complaint |
|---|---|
| February 20, 2026 | Plaintiff files her renewed motion for a preliminary injunction |
| March 20, 2026 | Defendants file their opposition to motion for a preliminary injunction |
| April 8, 2026 | Plaintiff files her reply in support of motion for a preliminary injunction |

4.      Pursuant to Local Civil Rule 7(m), counsel for Ms. Jansen conferred with counsel for Defendants, who indicated that Defendants consent to the relief requested herein.

Accordingly, Ms. Jansen respectfully requests that the Court grant a three-week extension of Ms. Jansen's deadline to file an amended complaint, from January 16, 2026 to February 6, 2026; and a three-week extension of the briefing schedule on Ms. Jansen's forthcoming renewed motion for a preliminary injunction.

Dated: January 12, 2026

Respectfully submitted,

*/s/ Jaime A. Santos*
Jaime A. Santos (#1047905)
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
Tel.: (202) 346-4000 Fax: (202) 246-4444
jsantos@goodwinlaw.com

*Attorney for Plaintiff*