**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JANA JANSEN, | |
| *Plaintiff,* | Civil Action No. 1:25-cv-02961-LLA |
| v. | |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, et al. | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion for an Extension of Time, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiff shall file her amended complaint by February 6, 2026; and it is further

ORDERED that Plaintiff shall file her renewed motion for preliminary injunction by February 20, 2026; Defendants shall file their opposition to Plaintiff's motion for preliminary injunction by March 20, 2026; and Plaintiff shall file her reply in support of her motion for preliminary injunction by April 8, 2026,

SO ORDERED:

_____
Date

_____
LOREN L. ALIKHAN
United States District Judge