**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANA JANSEN<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD TRUMP, *in his official capacity as President of the United States;* U.S. DEPARTMENT OF STATE; MARCO RUBIO, *in his official capacity as Secretary of the U.S. Department of State*, U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of Customs and Border Protection*; UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-02961-LLA<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a), Plaintiff Jana Jansen respectfully moves this Court for a preliminary injunction enjoining Defendants the U.S. Department of State; Marco Rubio, in his official capacity as Secretary of State; the U.S. Department of Homeland Security ("DHS"); Kristi Noem, in her official capacity as Secretary of Homeland Security; the U.S. Customs and Border Protection ("CBP"); and Rodney S. Scott, in his official capacity of CBP from enforcing Executive Order No. 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 20, 2025) (the "Executive Order"), the State Department's implementation of the Executive Order as to passports (the "Passport Policy"),

1

and DHS and CBP's implementation of the Executive Order as to Global Entry (the "Global Entry Policy"), against Ms. Jansen, until such time as the Court can adjudicate her claims on the merits. This motion is supported by the attached memorandum, the declarations of Jana Jansen and Dr. Michelle R. Kaufman, and the accompanying exhibits.  A proposed order is attached.

Because the requested preliminary injunction, which would be entered against all of the Defendants, presents no risk of monetary damages to those parties, no bond is necessary pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.  If the Court were to disagree with that submission, Ms. Jansen will post a bond in an amount to be determined by the Court.

Plaintiff respectfully requests oral argument on her motion.  Should the Court grant that request, Cassandra M. Snyder, an associate in Goodwin's Appellate and Supreme Court practice, would plan to argue this motion on behalf of Plaintiff.[1]

Dated: February 27, 2026

Respectfully submitted,

/s/  Jaime A. Santos
Jaime A. Santos (#1047905)
Cassandra M. Snyder (#1671667) (admission pending)
Kylie E. Burke (#90040140) (admission pending)
GOODWIN PROCTER, LLP
1900 N Street, N.W. Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 246-4444
JSantos@goodwinlaw.com
CassandraSnyder@goodwinlaw.com
KylieBurke@goodwinlaw.com

---

[1] Ms. Snyder's notice of appearance is forthcoming pending her admission to this Court.

2

Louis Lobel (admitted *pro hac vice*)
Andrea S. Goodman (admitted *pro hac vice*)
GOODWIN PROCTER, LLP
100 Northern Avenue
Boston, MA 02210
Tel.:  (617) 570-1000
Fax:  (617) 523-1231
LLobel@goodwinlaw.com
AndiGoodman@goodwinlaw.com

Timothy James Beavers (admitted *pro hac vice*)
GOODWIN PROCTER, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.:  (212) 459-7208
Fax:  (212) 355-3333
TBeavers@goodwinlaw.com

*Counsel for Plaintiff*

3

## LCvR 7(m) CERTIFICATE OF COMPLIANCE

I hereby certify that counsel for Plaintiff conferred with counsel for Defendants regarding the filing of this motion, and the parties were unable to reach resolution. *See, e.g.*, Jt. Status Report and Mot. for Entry of a Schedule, ECF No. 47.

*/s/ Jaime A. Santos*
Jaime A. Santos