# Exhibit F

## 1:25-cv-02961-LLA



| | |
|---|---|
| **MRN:** | 25 STATE 6266 |
| **Date/DTG:** | Jan 23, 2025 / 230845Z JAN 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **E.O:** | 13526 |
| **TAGS:** | CASC, CPAS, CMGT, KFRD |
| **Subject:** | Sex Markers in U.S. Passports and Consular Reports of Birth Abroad (CRBAS) |

1.  The President signed the executive order titled, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, on January 20, 2025.  The executive order specifies government-issued identification documents shall refer to an individual's immutable biological classification as either male or female.  In agency documents "sex" and not "gender" shall be used.  Further, it is specified that the policy of the United States is that an individual's sex is not changeable.  As such, the Department will no longer issue U.S. passports or CRBAs containing an X sex marker and will suspend applications seeking to change an individual's sex marker from that defined in the executive order.

2.  Please suspend any application requesting an X sex marker and do not take any further action pending additional guidance from the Department.  Please also suspend any application where the applicant is seeking to change their sex marker from that defined in the executive order pending further guidance.  This guidance applies to all applications currently in progress and any future applications.  Guidance on existing passports containing an X sex marker will come via other channels.

3.  Please contact AskPPTAdjudication@state.gov for applicants who have urgent travel or if you have questions on a specific case.

**Orr v. Trump - AR 011**

| | |
|---|---|
| **Signature:** | RUBIO |

| | |
|---|---|
| **Drafted By:** | CA/PPT/S/A/AP:Scalise, Teresa |
| **Cleared By:** | P:Iyer, Ritika |
| | M:Roden, Catherine |
| | C:Veprek, Andrew |
| | D: Jain, Sahil (info) |
| | CA/PPT:Pierce, Matthew |
| | L/CA:McLean, Christine |
| | CA:Diab, Jaffar |
| | CA:Thomas, Robert |
| **Approved By:** | CA: Stufft, Julie |
| **Released By:** | CA_FO:Chaimongkol, Yuthakorn |
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**