# Exhibit G
## 1:25-cv-02961-LLA

REC1|Approve|2-7-2025|MR

2025001111



United States Department of State

Washington, DC   20520

~~SENSITIVE BUT UNCLASSIFIED~~          February 6, 2025

**Action Memo for the Secretary**

FROM:          CA – Julie M. Stufft, SBO

SUBJECT:       (U) Adjudicating X Markers and Binary Sex Markers in
               U.S. Passports and Consular Reports of Birth Abroad (CRBAs)

**(U) Recommendation:**  That you approve sending the attached materials, including guidance and ALDAC, to the field on X markers and binary sex markers in U.S. passports and CRBAs.  (Approve/Disapprove by 02/07/25)
**Decision:  ☐ Approve  ☐ Disapprove  ☐ Discuss**

**Background**
(U) The White House issued executive order "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" on January 20.  The order defines "sex" as referring to "an individual's immutable biological classification as either male or female," establishes a policy to "recognize two sexes, male and female," that "are not changeable," and requires federal agencies to use the definitions and terms set forth in the executive order when interpreting or applying statutes, regulations, or guidance and in all other official agency business, documents, and communications, and use "sex," not "gender," when administering or enforcing sex-based distinctions.  The executive order also directs the Secretary to "implement changes to require that … passports … accurately reflect the holder's sex."

(U) The Department previously allowed the issuance of passports with an X marker in lieu of male or female.  Pursuant to the executive order, the Department no longer issues U.S. passports or CRBAs containing an X marker.  Although the executive order defines "male" and "female" at the

**Orr v. Trump - AR 013**

SENSITIVE BUT UNCLASSIFIED
-2-

point of conception, it will be advantageous for CA to adjudicate applications based on an applicant's biological sex at birth given that applicants provide vital records such as birth certificates, and because translating "sex at birth," rather than, "sex at conception," will decrease the incidences of an applicant's misunderstanding.

(U) The ALDAC will provide interim guidance, pending revision of the Department's application forms, on adjudicating U.S. passport and CRBA applications that request an X marker.  This guidance will also address the validity of existing U.S. passports and CRBAs with an X marker.  Although the X marker will no longer be issued, previously issued passports and CRBAs containing an X marker will remain valid until their date of expiration.  There is no basis to revoke them under existing regulations.  At the holder's request, these passports and CRBAs may be replaced or amended, respectively, to correct an X marker to the holder's biological sex.

(SBU) Previously, there were situations in which the Department allowed an applicant to apply for a passport changing from one sex to another.  Per this executive order when an applicant requests a change of their sex marker from X to a binary one, from one sex to another, or a previous sex change is identified, adjudicators will use a preponderance of evidence standard to determine the applicant's biological sex at birth.  Documentation issued closest to an individual's birth will be considered the clearest indicator of an individual's biological sex at birth.  This guidance is in effect for all in-progress passport applications in the Department's possession and any future applications received after your approval of this recommendation.

**Attachments**
> Tab 1 – Executive Order Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government
> Tab 2 – Draft ALDAC, Adjudicating X Markers and Binary Sex Markers in U.S. Passports and CRBAs
> Tab 3 – Information Notice 941-24
> Tab 4 – Information Request Letter 708-21+22

SENSITIVE BUT UNCLASSIFIED

**Orr v. Trump - AR 014**

2025001111

SENSITIVE BUT UNCLASSIFIED
-3-

Tab 5 – GLOBAL - PPT X Marker Press Guidance
Tab 6 – Proposed Travel.State.Gov Webpage - Sex Marker

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

**Orr v. Trump - AR 015**

2025001111

SENSITIVE BUT UNCLASSIFIED
-4-

Approved:  CA – Julie M. Stufft, Senior Burau Official [JMS]

**I confirm** the drafter received guidance on this paper's intent, objectives, topics, scope, and structure.  ☒ **Yes** ☐ **No**

Drafted:     CA – Various Drafters

Cleared:

| Bureau | Name | Clearance Status |
|--------|------|------------------|
| P | Ritika Iyer | [ok] |
| M | Suzanne Inzerillo | [ok] |
| C | Lew Olowski | [ok] |
| D | Nadia Shepherd | [Info by request] |
| S/P | Marcus Thornton | [ok] |
| L/CA | Chris McLean | [ok] |

SENSITIVE BUT UNCLASSIFIED

**Orr v. Trump - AR 016**

# TAB 1

Orr v. Trump - AR 017

DEFENDING WOMEN FROM GENDER IDEOLOGY EXTREMISM AND
RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT
EXECUTIVE ORDER
January 20, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, including section 7301 of title 5, United States Code, it is hereby ordered:

Section 1.  Purpose.  Across the country, ideologues who deny the biological reality of sex have increasingly used legal and other socially coercive means to permit men to self-identify as women and gain access to intimate single-sex spaces and activities designed for women, from women's domestic abuse shelters to women's workplace showers.  This is wrong.  Efforts to eradicate the biological reality of sex fundamentally attack women by depriving them of their dignity, safety, and well-being.  The erasure of sex in language and policy has a corrosive impact not just on women but on the validity of the entire American system.  Basing Federal policy on truth is critical to scientific inquiry, public safety, morale, and trust in government itself.

This unhealthy road is paved by an ongoing and purposeful attack against the ordinary and longstanding use and understanding of biological and scientific terms, replacing the immutable biological reality of sex with an internal, fluid, and subjective sense of self unmoored from biological facts.  Invalidating the true and biological category of "woman" improperly transforms laws and policies designed to protect sex-based opportunities into laws and policies that undermine them, replacing longstanding, cherished legal rights and values with an identity-based, inchoate social concept.

Accordingly, my Administration will defend women's rights and protect freedom of conscience by using clear and accurate language and policies that recognize women are biologically female, and men are biologically male.

Sec. 2.  Policy and Definitions.  It is the policy of the United States to recognize two sexes, male and female.  These sexes are not changeable and are grounded in fundamental and incontrovertible reality.  Under my direction, the Executive Branch will enforce all sex-protective laws to promote this reality, and the following definitions shall govern all Executive interpretation of and application of Federal law and administration policy:

(a)  "Sex" shall refer to an individual's immutable biological classification as either male or female.  "Sex" is not a synonym for and does not include the concept of "gender identity."

(b)  "Women" or "woman" and "girls" or "girl" shall mean adult and juvenile human females, respectively.

(c)  "Men" or "man" and "boys" or "boy" shall mean adult and juvenile human males, respectively.

**Orr v. Trump - AR 018**

(d)  "Female" means a person belonging, at conception, to the sex that produces the large reproductive cell.

(e)  "Male" means a person belonging, at conception, to the sex that produces the small reproductive cell.

(f)  "Gender ideology" replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true.  Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one's sex.  Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category but nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

(g)  "Gender identity" reflects a fully internal and subjective sense of self, disconnected from biological reality and sex and existing on an infinite continuum, that does not provide a meaningful basis for identification and cannot be recognized as a replacement for sex.

Sec. 3.  Recognizing Women Are Biologically Distinct From Men.  (a)  Within 30 days of the date of this order, the Secretary of Health and Human Services shall provide to the U.S. Government, external partners, and the public clear guidance expanding on the sex-based definitions set forth in this order.

(b)  Each agency and all Federal employees shall enforce laws governing sex-based rights, protections, opportunities, and accommodations to protect men and women as biologically distinct sexes.  Each agency should therefore give the terms "sex", "male", "female", "men", "women", "boys" and "girls" the meanings set forth in section 2 of this order when interpreting or applying statutes, regulations, or guidance and in all other official agency business, documents, and communications.

(c)  When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable Federal policies and documents.

(d)  The Secretaries of State and Homeland Security, and the Director of the Office of Personnel Management, shall implement changes to require that government-issued identification documents, including passports, visas, and Global Entry cards, accurately reflect the holder's sex, as defined under section 2 of this order; and the Director of the Office of Personnel Management shall ensure that applicable personnel records accurately report Federal employees' sex, as defined by section 2 of this order.

(e)  Agencies shall remove all statements, policies, regulations, forms, communications, or other internal and external messages that promote or otherwise inculcate gender ideology, and shall cease issuing such statements, policies, regulations, forms, communications or other messages.  Agency forms that require an individual's sex shall list male or female, and shall not request gender identity.  Agencies shall take all necessary steps, as permitted by law, to end the Federal funding of gender ideology.

**Orr v. Trump - AR 019**

(f)  The prior Administration argued that the Supreme Court's decision in *Bostock v. Clayton County* (2020), which addressed Title VII of the Civil Rights Act of 1964, requires gender identity-based access to single-sex spaces under, for example, Title IX of the Educational Amendments Act.  This position is legally untenable and has harmed women.  The Attorney General shall therefore immediately issue guidance to agencies to correct the misapplication of the Supreme Court's decision in *Bostock v. Clayton County* (2020) to sex-based distinctions in agency activities.  In addition, the Attorney General shall issue guidance and assist agencies in protecting sex-based distinctions, which are explicitly permitted under Constitutional and statutory precedent.

(g)  Federal funds shall not be used to promote gender ideology.  Each agency shall assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology.

Sec. 4.  Privacy in Intimate Spaces.  (a)  The Attorney General and Secretary of Homeland Security shall ensure that males are not detained in women's prisons or housed in women's detention centers, including through amendment, as necessary, of Part 115.41 of title 28, Code of Federal Regulations and interpretation guidance regarding the Americans with Disabilities Act.

(b)  The Secretary of Housing and Urban Development shall prepare and submit for notice and comment rulemaking a policy to rescind the final rule entitled "Equal Access in Accordance with an Individual's Gender Identity in Community Planning and Development Programs" of September 21, 2016, 81 FR 64763, and shall submit for public comment a policy protecting women seeking single-sex rape shelters.

(c)  The Attorney General shall ensure that the Bureau of Prisons revises its policies concerning medical care to be consistent with this order, and shall ensure that no Federal funds are expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex.

(d)  Agencies shall effectuate this policy by taking appropriate action to ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by sex and not identity.

Sec. 5.  Protecting Rights.  The Attorney General shall issue guidance to ensure the freedom to express the binary nature of sex and the right to single-sex spaces in workplaces and federally funded entities covered by the Civil Rights Act of 1964.  In accordance with that guidance, the Attorney General, the Secretary of Labor, the General Counsel and Chair of the Equal Employment Opportunity Commission, and each other agency head with enforcement responsibilities under the Civil Rights Act shall prioritize investigations and litigation to enforce the rights and freedoms identified.

Sec. 6.  Bill Text.  Within 30 days of the date of this order, the Assistant to the President for Legislative Affairs shall present to the President proposed bill text to codify the definitions in this order.

Sec. 7.  Agency Implementation and Reporting.  (a)  Within 120 days of the date of this order, each agency head shall submit an update on implementation of this order

**Orr v. Trump - AR 020**

to the President, through the Director of the Office of Management and Budget.  That update shall address:

(i)   changes to agency documents, including regulations, guidance, forms, and communications, made to comply with this order; and

(ii)  agency-imposed requirements on federally funded entities, including contractors, to achieve the policy of this order.

(b)  The requirements of this order supersede conflicting provisions in any previous Executive Orders or Presidential Memoranda, including but not limited to Executive Orders 13988 of January 20, 2021, 14004 of January 25, 2021, 14020 and 14021 of March 8, 2021, and 14075 of June 15, 2022.  These Executive Orders are hereby rescinded, and the White House Gender Policy Council established by Executive Order 14020 is dissolved.

(c)  Each agency head shall promptly rescind all guidance documents inconsistent with the requirements of this order or the Attorney General's guidance issued pursuant to this order, or rescind such parts of such documents that are inconsistent in such manner.  Such documents include, but are not limited to:

(i)    "The White House Toolkit on Transgender Equality";

(ii)   the Department of Education's guidance documents including:

(A)  "2024 Title IX Regulations: Pointers for Implementation" (July 2024);

(B)  "U.S. Department of Education Toolkit: Creating Inclusive and Nondiscriminatory School Environments for LGBTQI+ Students";

(C)  "U.S. Department of Education Supporting LGBTQI+ Youth and Families in School" (June 21, 2023);

(D)  "Departamento de Educación de EE.UU.  Apoyar a los jóvenes y familias LGBTQI+ en la escuela" (June 21, 2023);

(E)  "Supporting Intersex Students: A Resource for Students, Families, and Educators" (October 2021);

(F)  "Supporting Transgender Youth in School" (June 2021);

(G)  "Letter to Educators on Title IX's 49th Anniversary" (June 23, 2021);

(H)  "Confronting Anti-LGBTQI+ Harassment in Schools: A Resource for Students and Families" (June 2021);

(I)  "Enforcement of Title IX of the Education Amendments of 1972 With Respect to Discrimination Based on Sexual Orientation and Gender Identity in Light of Bostock v. Clayton County" (June 22, 2021);

(J)  "Education in a Pandemic: The Disparate Impacts of COVID-19 on America's Students" (June 9, 2021); and

(K)  "Back-to-School Message for Transgender Students from the U.S. Depts of Justice, Education, and HHS" (Aug. 17, 2021);

(iii)  the Attorney General's Memorandum of March 26, 2021 entitled "Application of *Bostock v. Clayton County* to Title IX of the Education Amendments of 1972"; and

(iv)  the Equal Employment Opportunity Commission's "Enforcement Guidance on Harassment in the Workplace" (April 29, 2024).

**Orr v. Trump - AR 021**

Sec. 8.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)    the authority granted by law to an executive department or agency, or the head thereof; or

(ii)   the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d)  If any provision of this order, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this order and the application of its provisions to any other persons or circumstances shall not be affected thereby.

THE WHITE HOUSE,

    January 20, 2025.

**Orr v. Trump - AR 022**

# TAB 3

Orr v. Trump - AR 023



**U.S. Department of State
Bureau of Consular Affairs
Passport Services**

**Information Changed on Application**

The date of birth, place of birth, name, or sex was changed on your passport application.

The changes were made for one of the following reasons:

- To correct your information to show your biological sex at birth.

- To match the documents you submitted.

- To match our records.

- To show the country of birth as it is currently known.

- To use only letters.

Last Updated: January 2025 *(CA/PPT/S/A)*                    IN 941-24

**Orr v. Trump - AR 024**

# TAB 4

Orr v. Trump - AR 025

**708**
**MISCELLANEOUS**

**OPENING**
**00-**
Thank you for your recent passport application.

**BODY**
**21 –Sex Marker Request**
We are unable to issue a U.S. passport containing the sex marker you requested.  The documents submitted did not demonstrate your biological sex at birth.

To continue processing your passport application, please specify your sex at birth below and submit citizenship evidence or identification indicating that sex marker.

❑  Please print my passport with the following listed in the sex field: (circle one)
M                                         F

**22 –Sex Marker Request - Needs Documentation**
We are unable to issue a U.S. passport containing the sex marker you requested.  The documents submitted did not establish your biological sex at birth by a preponderance of the evidence considered.

To continue processing your passport application, please provide additional citizenship evidence or identification demonstrating your biological sex at birth.

**ENDING**
Send the requested item(s) and a copy of this letter to the full address at the top of the letter.   If you do not respond within ninety (90) days of the date shown on this letter, we may deny your application.

We will return your documents when we complete your application.  By law, passport fees are non-refundable.  If you need more time, please respond to this letter requesting an extension.

Thank you,

Customer Service Department

Last Updated: January 2025 *(CA/PPT/S/A)*                                                 1

**Orr v. Trump - AR 026**

# TAB 5

Orr v. Trump - AR 027

**CA Press Guidance**

**January 30, 2025**

## Sex Marker Changes in U.S. Passports

**Toplines:**

- On January 20, the White House executed  Executive Order "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."
- The Department of State will implement this Order in accordance with its terms.
- For more information on Executive Orders, we refer you to the White House.
- U.S. Passports previously issued with an X marker will remain valid for travel until their expiration date.
- Customers holding an X passport may apply to replace it with a new one that reflects their biological sex at birth  and the same expiration date, and free of charge if the X passport was issued less than one year ago.


**Q&A:**

**Q: Will customers who have been issued a passport with an X marker need to replace their passport immediately and choose a designation that matches their sex assigned at birth?**

A: No, passports issued with an X marker will remain valid until their expiration date. Customers may apply to replace their X passport with a new one that reflects their biological sex at birth and may do so at no cost, keeping the same expiration date, if it was issued less than one year ago.

**Q: What are the steps for someone seeking to replace their passport with an X  marker?**

A: Customers may replace their passport by mail using form DS-5504, if the passport was issued less than one year ago.  They will need new photos if the passport was issued more than 6 months prior.  They will not have to pay passport fees unless they are requesting the $60 expedited service.  The passport containing X gender marker will be cancelled and returned back to the applicant with their new binary passport.

**Q: Will passports with the X  marker be valid for travel?**

**Orr v. Trump - AR 028**

A: Yes. Passports with X markers are valid for travel under ICAO policy. As long as the current passport with X marker has not expired there are no travel restrictions, unless a transiting country or country of destination imposes travel limitations.

**Q: Will passports with the X marker be valid for entry into the United States?**

A: U.S. passports are official proof of U.S. citizenship and identity and are sufficient for entry into the United States.  Please refer to CBP for any changes to reentry processes.

**Q: For people getting new passports, will they have the option to select the X gender marker or the option to choose the sex they identify with?**
A: Updated U.S. passport policy requires applicants to indicate on their passport applications their binary, biological sex at birth, either M or F.

**Q: Do you have any stats on how many people hold a passport with the X marker, and how many have changed their sex on a passport?**

- We do not publish this data.
- All of our publicly available passport statistics are available on our website: https://travel.state.gov/content/travel/en/about-us/reports-and-statistics.html


**Q: Are you able to tell me what this could mean for travelers [of XYZ nationality] who have X gender marker - i.e no male or female sex - on their passports? Will you provide any advice for travelers with those passports wanting to travel to the US?**

A: For questions about foreign nationals entering the United States without a visa (for example, through the Visa Waiver Program), please refer to CBP for information.

A:  For visa applicants with an X marker in their passport, the consular officer will issue a visa that reflects the applicant's sex at birth.

**Q:  Will this affect people who have previously switched their sex marker from M to F or from F to M in U.S. passports?  What about people who seek to switch their sex in the future when applying for a passport?**

A:  Passports will be issued in the biological sex that reflects the person's sex at birth..

**Q: What will happen to applicants who underwent sex medical reassignment procedures and are legally recognized (through the courts) as a person with a sex that is now different from the sex listed on the original birth certificate?**

A: Passports will be issued in the biological sex that reflects the person's sex at birth.

**Orr v. Trump - AR 029**

**Q:  I just submitted a passport application that requests X as the gender.  What happens to that application?**

A: If you request an X marker, we will issue you a passport in your biological sex at birth.  If your biological sex is not sufficiently established, we will hold your application and request additional information from you.  Once we have the needed  information, we will  issue a new passport to you in your biological sex at birth. Please note our paper forms continue to list "Gender" instead of "Sex" and we are working to update them as soon as possible.

**Q:  I have a version of the DS-11 and DS-82 applications that still list M, F and X as options. Can I still choose X for my passport?**

**A:** As our official passport forms and applications are being updated, you may find previous versions that still show the X marker option.  If the X marker option is selected, we will hold the application and send a letter or email requesting more information, or the new passport will be issued in accordance with the applicant's sex at birth based on available evidence, either M or F.

**Q: Will CRBAs with X markers be valid?**

A: CRBAs containing an X marker will remain valid, though it is recommended that they are amended to match the bearer's biological sex. CRBA amendments may be completed on Form DS-5542, Request for Overseas U.S. Citizen Vital Records Services.

**Q: If PPT is considering invalidating issued passports or not renewing passports where the sex marker field was previously updated, what would be the implication for SIA-issued passports? How would that affect ongoing or future assignments for officers and family members with such passports and the ability to keep them safe?**

A: Passports previously issued with an X marker will remain valid until their expiration date. SIA has never issued diplomatic, official, or service passports with X marker option.

**Q: What should we do if a U.S. Citizen loses an X marker passport and requests an Emergency Passport at post with urgent need to travel?**

A: An emergency passport can be issued in the applicant's biological sex at birth.  This will be determined by reviewing all available evidence.

**Q: What will happen in the case of a person who has already had their sex changed in a prior PPT when they renew that passport?**

A: All passports that are issued will show an applicant's biological sex at birth.

**Orr v. Trump - AR 030**

# TAB 6

Orr v. Trump - AR 031

UNCLASSIFIED

**Proposed webpage on travel.state.gov**

**Sex Marker in Passports**

The White House issued Executive Order "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" on January 20, 2025.

Under the executive order, we will no longer issue U.S. passports or Consular Reports of Birth Abroad (CRBAs) with an X marker. We will only issue passports with an M or F sex marker that match the customer's biological sex.

If you submit an application requesting an X marker or requesting to change the M or F sex marker on your passport, we will suspend your application. You will receive a letter or email requesting more information. We will issue you a new passport that matches your biological sex, based on your supporting documents and our records about your previous passports.

- All passports – including those with an X marker or those listing a sex different from your sex at birth – will remain valid for travel until their expiration date, under International Civil Aviation Organization policy.
- Our online form filler now lists "Sex" instead of "Gender." Please note our paper forms continue to list "Gender" instead of "Sex" and we are working to update them as soon as possible.

**Frequently asked questions**

**Is my passport still valid if I have an X marker on it, or if it lists a sex other than my sex at birth?**

Yes. Your passport will remain valid until its expiration date.

**Can I travel outside of the United States using a passport with an X marker, or using a passport that lists a sex other than my sex at birth?**

UNCLASSIFIED

**Orr v. Trump - AR 032**

UNCLASSIFIED
-2-

Yes. U.S. passports are proof of U.S. citizenship and identity and can be used for entry into the United States. Please refer to U.S. Customs and Border Protection if you have questions about returning to the United States with your travel document.

As long as your current passport has not expired, there are no restrictions to use the passport to travel abroad, unless another country has limitations.

**How do I replace my passport?**

If your passport currently lists a sex other than your sex at birth, you may apply to replace your passport with a new one, keeping the same expiration date.

If the passport was issued less than one year ago, you may replace it by mail using Form DS-5504. You will need a new photo if the passport was issued more than 6 months prior. You will not have to pay passport fees unless you are requesting the $60 expedited service.

If the passport was issued more than one year ago, you will need to apply in person using Form DS-11. You will need to pay all passport fees.

**My birth documentation does not have any information about sex on it. What should I do?**

You can still apply for a passport or to replace your current passport. If we need more information from you, we will contact you after you apply. We will request that you submit certain documents and records to help us establish your biological sex for your new passport.

**I have urgent travel. How do I get a passport?**

We will issue a new passport to you that matches your biological sex. If you are traveling in the next 2-3 weeks, please make an appointment at a passport agency or center.

**You printed the wrong sex on my passport by mistake. What should I do?**

UNCLASSIFIED

**Orr v. Trump - AR 033**

UNCLASSIFIED
-3-

You can correct your passport if there is a data or printing error. A data error may include an issue with your name, sex, or place of birth. A printing error may include data is missing on the biographical page, discoloration, or crooked printing. We will correct the error at no charge if the passport is still valid. Please follow the steps on our Change or Correct a Passport page.

UNCLASSIFIED

**Orr v. Trump - AR 034**