# Exhibit H
## 1:25-cv-02961-LLA



United States Department of State

Washington, DC   20520

~~SENSITIVE BUT UNCLASSIFIED~~                February 8, 2025
MEMORANDUM

TO:            CA/PPT – Regional Directors, Directors, Assistant Directors

FROM:          CA – Julie Stufft, Senior Bureau Official

SUBJECT:       (U) Adjudicating X Markers and Binary Sex Markers in U.S. Passports and Consular Reports of Birth Abroad (CRBAs)

(U)  The President signed an Executive Order entitled "[Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government](#)" on January 20, 2025.  The executive order provides that the Executive Branch shall "recognize women are biologically female, and men are biologically male."  It establishes a policy to "recognize two sexes, male and female," that "are not changeable," and defines the term "sex" as referring to "an individual's immutable biological classification as either male or female."  Federal agencies must use the definitions of "sex" and other terms set forth in the executive order when interpreting or applying statutes, regulations, or guidance and in all other official agency business, documents, and communications and use "sex," not "gender," when administering or enforcing sex-based distinctions.  The executive order directs the Department of Health and Human Services to provide guidance regarding the definitions set forth in the order within 30 days.

(U)  In accordance with the executive order, the Department no longer issues U.S. passports or CRBAs containing an X marker and has suspended applications seeking to change an individual's sex marker from their biological sex at birth as defined in the executive order.  This cable addresses the validity of existing U.S. passports and CRBAs with an X marker as well as the adjudication of sex markers.

**Orr v. Trump - AR 035**

SENSITIVE BUT UNCLASSIFIED

-2-

(SBU A passport or CRBA application requesting an X marker must be changed to a male or female sex marker when sufficient evidence of biological sex at birth is provided or, if that does not exist, a review of all available evidence establishing biological sex at birth by a preponderance of evidence.  This change may be annotated in the For Issuance Office Only (FIOO) box as "Sex (M or F) per (Document)," e.g., "Sex M per Birth Certificate."  Information Notice (IN) 941-24 should be included with the passport to inform applicants of the change in biographical data.

(SBU)  If the citizenship and identity evidence submitted with the application does not sufficiently establish the applicant's biological sex at birth, the application must be suspended.  The applicant's biological sex at birth might not be established if, among other things, documentation does not indicate their binary biological sex at birth, only lists an X marker or lists a designation of intersex, or there is conflicting information regarding their biological sex at birth.  In such a situation, the office will suspend the application and send Information Request Letter (IRL) 708-21 to request citizenship evidence or identification that indicates their biological sex at birth.  If their response to the 708-21 letter does not clarify whether the applicant is male or female, or provides conflicting information, adjudicators must suspend the application with IRL 708-22.  Conflicting information and relevant Department databases should be carefully reviewed in order to best determine the applicant's biological sex at birth.  Issuance dates of vital records and/or amendments are important indicators to consider.

(SBU)  Many jurisdictions do not list a marker on birth certificates.  Absence of a sex marker, or the presence of a marker listing anything other than male or female, is not conflicting sex marker information.  Indication on the application, a statement, or other documentation (e.g., ID or prior passport

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED
-3-

record) of a binary sex marker can be used to establish the appropriate biological sex at birth when there is no conflicting sex marker information.

(SBU)  U.S. passports that have already been issued with the X marker remain valid until replaced or expired.  If the passport with an X marker was issued less than one year ago, these passport holders may obtain a replacement passport containing a binary biological sex marker by submitting Form DS-5504, Application for a U.S. Passport Replacement.  The replacement passport will be issued with no fee.  The original passport with the X marker may be cancelled and returned to the applicant.

(U)  CRBAs issued with X marker remain valid until amended.  CRBA amendments from X to a binary sex marker may be completed on Form DS-5542, Request for Overseas U.S. Citizen Vital Records Services.

(SBU)  When an applicant requests a change in their sex marker, adjudicators will review all available evidence and apply a preponderance of evidence to determine the applicant's biological sex at birth.

(SBU)  If a passport or CRBA application requests a sex marker that differs from their citizenship evidence, identification, and/or prior passport record, the documentation issued closest to an individual's birth should be used to establish the biological sex at birth.  Information Notice (IN) 941-24 should be included with the passport to inform applicants of any change in biographical data in the issued document.

(SBU)  Please contact AskPPTAdjudication@state.gov if you have questions not covered by this guidance or have an applicant with urgent travel and are unable to determine their biological sex marker.

SENSITIVE BUT UNCLASSIFIED

**Orr v. Trump - AR 037**