**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANA JANSEN<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; U.S. DEPARTMENT OF STATE; MARCO RUBIO, *in his official capacity as Secretary of the U.S. Department of State*, U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of Customs and Border Protection*; UNITED STATES OF AMERICA,<br><br>*Defendants.* | Civil Action No. 1:25-cv-02961-LLA |

**DECLARATION OF PLAINTIFF JANA JANSEN**

I, Jana Jansen (proceeding pseudonymously), hereby declare and state as follows:

1.      I am the Plaintiff in the above-captioned litigation and I submit this declaration in support of Plaintiff's Motion for a Preliminary Injunction.

2.      I am over the age of 18, of sound mind, and in all respects competent to testify.  I have actual knowledge of the matters stated herein.  If called to testify in this matter, I would testify truthfully.

3.      I am a United States citizen and resident.

4.      I was born in the 1970s and am in my 50s.

1

5.      I am an intersex, post-operative transgender woman.  I have lived as a woman for over 30 years.  My female identity is a deeply important part of my personal, familial, and public life.

6.      I am a mother of two minor children.  I am listed as the mother and sole parent to both of my children on their respective birth certificates.  I used assisted reproduction for both of my children.

7.      For over 30 years, all of my federal and state identification documents have reflected my female sex.  This includes my U.S. passport, birth certificate, state driver's license, Global Entry card, and Social Security Administration records.  I have provided copies of my current U.S. passport, birth certificate, state driver's license, and Global Entry card to be submitted under seal alongside the motion for a preliminary injunction.

8.      I have sex chromosome mosaicism, an intersex condition or "difference of sex development" ("DSD").  This means that my cells have different combinations of sex chromosomes (such as XX, XY, and XXXY).  As a result of this, I was born with underdeveloped external male reproductive organs and testes with non-obstructive azoospermia, meaning a complete absence of sperm production.

9.      My sex was assigned as male on my birth certificate when I was born.

10.     As a teenager in the 1990s, I saw an endocrinologist for hormonal abnormalities (specifically, for high estrogen levels and low testosterone levels, which had resulted in premature bone plate closure).  This resulted in my first learning of my DSD.

11.     This diagnosis validated what I had always known—that I am a woman.  After learning of my mosaicism, I began living as a woman in all aspects of my life.  I have continued to live as a woman for over 30 years since this diagnosis.

12.     Shortly after my diagnosis of DSD, I successfully petitioned to change the sex designation on my birth certificate and Social Security records.  Around the same time, the department of motor vehicles in my state of residence changed the sex designation on my driver's license from male to female.  They did not do so on my direct request, but rather in the belief—after seeing me in person—that the male designation had been a clerical error.

13.     In the 1990s, I also underwent surgery in the United Kingdom to align my physical anatomy with my female sex.  This required care from a uniquely qualified specialist, as standard surgical methods available at the time would not suffice given my DSD.  I also began hormone therapy around this time, which I have continued through to the present day.

14.     Following my surgery, I am anatomically female and able to have heterosexual sex.

15.     Due to my physical appearance, including my size (I am 5'1" and approximately 110 pounds), I am perceived as a woman in my daily life.

16.     While many people close to me are aware that I am intersex and transgender, many others in my community are not.  This information about my body and my sex is extremely intimate and personal to me.  Being forced to share it would cause me deep discomfort.  That is also partly because I fear that sharing that information could result in harm to me or to my children, as described below.

17.     I have a U.S. passport, which expires in December 2032.  If my U.S. passport were lost or stolen in the interim, I would need to immediately renew it—and but for the Executive Order and the agency policies challenged in this lawsuit, I would immediately renew it.

18.     I first obtained a U.S. passport as a minor, which carried a male sex designation.

19.     Following my surgery, I successfully petitioned the State Department to change the sex designation on my U.S. passport from male to female, pursuant to the State Department's

3

policy at the time. The State Department first issued me a provisional passport with a female sex designation. I then submitted a letter to the State Department from the surgeon who performed my surgery, after which the State Department sent me a letter confirming that my sex designation had officially been changed for the purposes of my passport and a new permanent passport bearing a female sex designation.

20. Since receiving a U.S. passport with a female sex designation, I have renewed my passport several times.

21. I am a Global Entry participant. My participation expires in November 2026 and, as of November 2025, I am currently eligible for renewal.

22. I have been a Global Entry participant since approximately 2009, when the program first began.

23. My Global Entry card has always carried a female sex designation.

24. I use both my U.S. passport and my Global Entry card frequently. I use both my U.S. passport and my Global Entry card within the United States in addition to when I am traveling abroad.

25. I have resided in the United States for the past 10 years. Prior to that, I lived abroad for approximately 20 years.

26. I built my career in international economic development, travel, and tourism, although I have since changed careers. When working in that career, I traveled abroad at least monthly. I have traveled to over 70 countries, primarily for work—including Saudi Arabia, Thailand, the United Arab Emirates, Colombia, Russia, Venezuela, Malaysia, Egypt, and China.

27. I still travel abroad frequently, though not for work. I now primarily travel abroad for personal reasons, such as to visit friends and to receive specialized medical care. Until the Executive Order was issued in January 2025, I traveled abroad approximately five times per year.

28. I use my U.S. passport every time I exit or re-enter the United States and to travel between foreign countries.

29. While traveling abroad, I generally use either my U.S. passport or my Global Entry card as my primary identification document. For example, I often use my passport to check into hotels and to use banks or ATMs in foreign countries.

30. I frequently use my Global Entry card when traveling internationally, including every time I enter the country by car from Mexico or Canada. I almost always use my Global Entry card as my official identification for TSA.

31. I frequently use my U.S. passport and/or my Global Entry card for identification purposes within the United States. In the recent past, I have presented both documents for notary services and at a Social Security Administration field office, and I use them to verify my identity for banking transactions. I keep my Global Entry card in my wallet at all times and frequently use it as my primary form of identification instead of my state driver's license, particularly when I prefer not to disclose my home address. For instance, I recently used my Global Entry card to retrieve a package from the post office.

32. I am extremely fearful that having a male sex designation on my passport and Global Entry card will harm me and my children, including by outing me and forcing me to travel with identification documents that do not match.

33. In particular, I fear that using travel documents with a male sex designation will identify me as being intersex and transgender, which will expose me to verbal and physical

harassment, discrimination, and potentially even violence.  I know that people who live in a sex different from their sex assigned at birth are often targets for harassment, discrimination, and violence.  I fear this kind of harm from the general public, from government officials within the United States, and from foreign government officials.

34.    I fear that traveling with identification documents that have sex designations that do not match could lead to accusations that I am traveling with false or inaccurate identification documents, resulting in my detainment or detention, being barred from entering or leaving a country, or becoming separated from my children at a border crossing.

35.    I fear that if I were detained abroad while traveling with a U.S. passport with a male sex designation, I would be detained with a male population, where I may be subject to harassment and violence by male detainees.

36.    I fear that if I were traveling with documents with a male sex designation, I would be invasively searched by male officers during travel screenings.  In the past, and on numerous occasions, I have been subjected to invasive pat-down searches by female officers, both domestically and while traveling internationally, when presenting identification documents that list my sex as female. I have never experienced an invasive search conducted by a male officer while traveling with identification documents bearing a female sex designation.  But I am fearful that, if forced to travel with identification documents bearing a male sex designation, I would be subject to invasive pat-down searches by male officers.

37.    I fear that if I were detained by male officers or with a male population, either within the United States or abroad, I could be sexually assaulted.  I have experienced sexual assault before: As a young woman, I was a victim of rape.

38.     I have delayed applying to renew my Global Entry participation because I fear that I will be required to use a male sex designation, that CBP may seek to prosecute me for providing false information, or that CBP may reject or significantly delay my renewal application if I was to accurately fill out the sex designation on the application form to reflect my female sex.

39.     I am a private person and I constantly worry that the Policies will result in forcing me to share intimate details of my body with my community and, ultimately, to my children.

40.     All of these worries have caused me extreme, ongoing anxiety and fear.  It affects my sleep, my concentration, and my ability to feel secure in daily life.  For me, this case is not an abstract legal dispute.  It is a question of whether the legal recognition I have relied upon for 30 years will be taken away.

41.     Since the 1990s—for over thirty years—I have relied on the government's position that I can change the sex designation on my federal records and identification documents.  I have relied on the ability to have a consistent sex designation across all my state and federal identification documents, and I have relied on the ability to use my federal identification documents without fear of being outed or of traveling with mismatched identification documents. I have also relied on that ability in being designated as the mother (and sole parent) on my children's birth certificates.

42.     I strongly and fundamentally disagree with the message of the Executive Order and the challenged policies.  I feel that they erase my existence as an intersex, transgender woman.

43.     In order to renew my U.S. passport and Global Entry card in compliance with the government's requirements, I will have to wrongfully identify my sex as male.  I would also then be forced to communicate the message, every time I use my U.S. passport or Global Entry card,

that my sex is male and that sex in general is defined in narrow terms based on sex assignment at birth.

44.    I do not agree with the government's definitions of "male" and "female."  I do not agree that I am male.  That is a message that I fundamentally disagree with.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>February 27</u> , 2026

Jana Jansen