**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANA JANSEN<br><br>    *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States;* U.S. DEPARTMENT OF STATE; MARCO RUBIO, *in his official capacity as Secretary of the U.S. Department of State*, U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of Customs and Border Protection*; UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-02961-LLA |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION**
**FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff Jana Jansen's Motion for a Preliminary Injunction, it is hereby **ORDERED** that the Plaintiff's motion is **GRANTED**.

It is further **ORDERED** that Defendants the U.S. Department of State; Marco Rubio, in his official capacity as Secretary of State; the U.S. Department of Homeland Security ("DHS"); Kristi Noem, in her official capacity as Secretary of Homeland Security; the U.S. Customs and Border Protection ("CBP"); and Rodney S. Scott, in his official capacity of CBP, are hereby **ENJOINED** from enforcing Executive Order No. 14168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615

1

(Jan. 20, 2025) (the "Executive Order"), the State Department's implementation of the Executive Order as to passports (the "Passport Policy"), and DHS and CBP's implementation of the Executive Order as to Global Entry (the "Global Entry Policy"), against Ms. Jansen pending further proceedings in this Court.


Dated: _____          _____

                                             U.S. District Judge Loren L. AliKhan