UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANA JANSEN, | |
| Plaintiff, | |
| v. | Civil Action No. 25-2961 (LLA) |
| DONALD J. TRUMP, President of the United States, et al., | |
| Defendants. | |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to extend time, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendants shall respond to the motion for a preliminary injunction on or before April 27, 2026.

SO ORDERED:

_____                    _____
Date                                                            LOREN L. ALIKHAN
                                                                    United States District Judge