**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANA JANSEN,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>DONALD TRUMP, *in his official capacity as*<br>*President of the United States*, et al.<br><br>　　　　　　*Defendants*. | Civil Action No. 1:25-cv-02961-LLA |

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 7, Plaintiff Jana Jansen respectfully moves this Court for a one-week extension of her deadline to file a reply in support of her motion for a preliminary injunction.  Defendants consent to the relief requested herein.  As good cause in support of this motion, Ms. Jansen states:

1.　　Ms. Jansen filed her motion for a preliminary injunction on February 27, 2026. ECF No. 66.

2.　　Defendants filed their opposition to Ms. Jansen's motion for a preliminary injunction on April 27, 2026.  ECF No. 71.

3.　　Ms. Jansen's current deadline to file a reply in support of her motion for a preliminary injunction is May 15, 2026.  *See* Mar. 23, 2026 Min. Order.

4.　　Ms. Jansen requests a one-week extension for her reply, until May 22, 2026, to adequately address the important, complex constitutional and administrative-law issues in this case.  No party will be prejudiced by a modest extension.

5.      Pursuant to Local Civil Rule 7(m), counsel for Ms. Jansen conferred with counsel for Defendants, who indicated that Defendants consent to the relief requested herein.

Accordingly, Ms. Jansen respectfully requests that the Court grant a one-week extension of her deadline to file a reply in support of her motion for a preliminary injunction, from May 15, 2026, to May 22, 2026.

Dated: May 5, 2026

Respectfully submitted,

/s/ Jaime A. Santos
Jaime A. Santos (#1047905)
Cassandra M. Snyder (#1671667)
Kylie E. Burke (#90040140)
GOODWIN PROCTER, LLP
1900 N Street, N.W. Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 246-4444
JSantos@goodwinlaw.com
CassandraSnyder@goodwinlaw.com
KylieBurke@goodwinlaw.com

Louis Lobel (admitted *pro hac vice*)
Andrea S. Goodman (admitted *pro hac vice*)
GOODWIN PROCTER, LLP
100 Northern Avenue
Boston, MA 02210
Tel.:  (617) 570-1000
Fax:  (617) 523-1231
LLobel@goodwinlaw.com
AndiGoodman@goodwinlaw.com

Timothy James Beavers (admitted *pro hac vice*)
GOODWIN PROCTER, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.:  (212) 459-7208
Fax:  (212) 355-3333
TBeavers@goodwinlaw.com

*Counsel for Plaintiff*

2