**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JANA JANSEN,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD TRUMP, *in his official capacity as President of the United States,* et al.<br><br>*Defendants.* | Civil Case No. 1:25-cv-02961-LLA |

**NOTICE OF APPEARANCE OF KYLIE ELEXIA BURKE**

Pursuant to Local Rule 83.6(a), please enter the appearance of Kylie Elexia Burke of Goodwin Procter LLP as counsel on behalf of Plaintiff Jana Jansen in the above-captioned action

Respectfully submitted,

**GOODWIN PROCTER, LLP**

Dated: 05/22/2026

By /s/ *Kylie Elexia Burke*
Kylie Elexia Burke (#90040140)
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000
Fax: (202) 346-4444
KylieBurke@goodwinlaw.com

*Counsel for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 22, 2026 I caused a true and correct copy of the foregoing

to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

_/s/ Kylie Elexia Burke_
Kylie Elexia Burke (# 90040140)

2