**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JANA JANSEN,<br><br>   *Plaintiff*,<br><br> v.<br><br>DONALD TRUMP, *in his official capacity as President of the United States*, et al.<br><br>   *Defendants*. | Civil Action No. 1:25-cv-02961-LLA |

**PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF
MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to this Court's direction at the July 2, 2026 hearing, Plaintiff Jana Jansen respectfully submits this supplemental brief in support of her motion for a preliminary injunction. Plaintiff has submitted the following evidence of animus towards people whose sex does not comport with the government's view of sex, and which is different from the evidence of animus submitted by the plaintiffs in *Orr v. Trump*, No. 25-cv-10313 (D. Mass.), in support of their motion for a preliminary injunction:

**I. Statements and Conduct by Government Officials in the Trump Administration**

1. "To inflame public opinion, President Trump has repeatedly peddled false accusations that schools are facilitating gender-reassignment surgery for children without parental consent."  Pl.'s Mot. for a Prelim. Inj. 9–10, ECF No. 66 ("PI Mot.") (citation omitted).

2. "[T]hen-candidate Trump made a number of incendiary remarks about transgender individuals during the 2024 Presidential Election.  He referred to transgender expression as 'transgender insanity' and 'the transgender cult,' claimed that being transgender was 'invented'

by the 'radical left,' and described transgender athletes as 'sick' and '[deranged].'" Decl. of Dr. Michelle R. Kaufman, Ph.D. ¶ 45, ECF No. 66-12 (citation omitted); *see also* PI Mot. 9.[1]

3.    "At the 2021 Conservative Political Action Conference, [President Trump] referred to transgender women as 'biological males' in arguing that allowing transgender women to participate in women's sports was unfair.  Terms such as 'biological males' and 'biological females' are well documented phrases that are meant to delegitimize transgender individuals and are rooted in anti-trans political campaigns." *Id.* ¶ 45 (citation omitted).

4.    "[T]he President's rhetoric is consistent with other rhetoric espoused by certain political groups who have sought to dehumanize transgender and intersex individuals." PI Mot. 10 (citing Kaufman Decl. ¶¶ 44–53).

5.    "The drafter of the Executive Order at issue in this litigation, May Mailman, has used similar dehumanizing language.  For example, in June 2024, Ms. Mailman compared transgender women to 'mentally ill men.'" *Id.* ¶ 46 (citation omitted).[2]

6.    "[T]he Office of the Assistant Secretary for Health altered a portrait of Admiral Rachel Levine to now include her previous name (i.e., deadname) under her portrait." *Id.* ¶ 47 (citation omitted).

---

[1] The operative complaint in *Orr* similarly alleged that "President Trump has referred to transgender identities as 'transgender insanity' and has repeatedly referred to transgender people using derogatory labels, describing them as 'deranged,' 'sick,' and drug users," and "has referred to those who support transgender rights as 'pushing the transgender cult.'"  Class Action Compl. for Decl. & Inj. Relief, *Orr v. Trump*, No. 25-cv-10313 (D. Mass. Feb. 7, 2025), ECF No. 1 ¶¶ 98, 101.  The plaintiffs in *Orr*, however, did not submit these statements in support of their motion for preliminary injunction and they were therefore not part of the factual record that the Supreme Court reviewed on appeal of the stay of that preliminary injunction.  *See Trump v. Orr*, 146 S. Ct. 44 (2025).

[2] Ms. Mailman's X / Twitter feed has been archived and submitted for the Court.  *See X*, May Mailman, https://perma.cc/2BTL-BCWW).

7.    "[T]he National Park Service removed all references to transgender individuals on the website for New York's Stonewall National Monument.  The website previously explained that '[b]efore the 1960s, almost everything about living openly as a lesbian, gay, bisexual, transgender, or queer (LGBTQ+) person was illegal.'  The Trump Administration removed 'transgender or queer' from the sentence and shortened the acronym to 'LGB.'  In response, the New York Governor, Kathy Hochul, described the change as 'cruel and petty.'"  *Id.* (citation omitted); *see also* PI Mot. 11.

8.    "In 2023, then-Senator Marco Rubio proposed legislation to ban transgender individuals from the military who had undergone transition surgery or hormone therapy, arguing that not addressing transgender individuals impacted military readiness and was part of 'a woke social experiment.'  At the time, Senator Rubio and current Vice President JD Vance described the existence of transgender people as 'a harmful ideology'" and "stated that being transgender is 'contrary to objective reality.'"  *Id.* ¶ 48 (citations omitted).

9.    "When she was governor of South Dakota, Kristi Noem authored and signed legislation banning transgender youth from participating in school sports consistent with their gender identity.  Her chief of staff, Mark Miller, argued that the bill was necessary to 'ensur[e] that what we're seeing all over the country does not happen in South Dakota.  It's sort of like terrorism, you want to keep it over there, not let it get to here.'"  *Id.* ¶ 49 (citation omitted).

10.    Following Charlie Kirk's assassination, "Laura Loomer—a well known advisor to President Trump—wrote that '[i]t's time to designate the transgender movement as a terrorist movement. Trans people are a threat to society.  We can't allow them to continue killing people. They need to be socially ostracized, and the President should make medical transitioning ILLEGAL in our country.  It's time.'"  *Id.* ¶ 51 (citation omitted).

**II.      Statements by Public Figures on the Political Right**

11.      "Political rhetoric critical of transgender individuals has for years attempted to marginalize the population and use them as scapegoats to ease the discomfort of those who do not understand the transgender experience.  For example, certain political groups and organizations in the United States have argued that there is an 'epidemic' of mass shootings by transgender individuals despite there being no credible evidence for such a claim.  Some groups[, including the Heritage Foundation, which is behind Project 2025,] have gone as far as to describe 'transgender ideology' as 'at its core, [] wrapped in violence' and have argued that the FBI designate organizations that combat anti-transgender messaging as 'domestic terrorists.'" *Id.* ¶ 50 (citations omitted).

12.      "In the wake of Charlie Kirk's assassination, various political influencers called for the punishment or death of transgender individuals.  [Dr. Kaufman] outline[s] several examples of the vitriolic dialogue that is used to stigmatize and incite hatred and violence against transgender people.  For example, one political podcaster, Joey Mannarino, wrote that '[i]f the person who killed Charlie Kirk was a transgender, there can be no mercy for that species any longer' and that '[w]e've already tolerated far too much [from] those creatures.'  That same influencer also wrote that 'transgender terrorism is a true problem in America and until we properly address it we cannot have a peaceful nation' and argued that the Second Amendment does not apply to transgender individuals because it 'applies to people, not science experiments.'  He followed that post up two weeks later, saying that he 'called for transgenders to be rounded up, detained and studied due to their propensity for mass murder.'" *Id.* ¶ 51 (citation omitted).

13.      "As another example, influencer Alex Jones argued that '[w]hat we do know is that a hyper violent "TransRage" movement has been carrying out mass murders and other killings

4

across the United States.'  One influencer claimed that 'Lgbtq violent extremism is an epidemic' while another said that he couldn't 'wait to see the demon assassin's trans furry friends start getting arrested one by one.'"  *Id.* (citation omitted).

14.   "George Papadopoulos, a former aide to President Trump, wrongly accused a transgender woman of the Kirk assassination, resulting in her receiving numerous death threats." *Id.* ¶ 52 (citation omitted).

15.   "Donald Trump, Jr. argued at the time that he couldn't 'name, including probably like al Qaeda and the Taliban, a group that is more violent per capita than the radical trans moment.'  He belittled transgender individuals, saying that he was 'sure people are totally sane after jacking themselves up on hormones given to them by some rainbow hair freak doctor because they think men can somehow magically become women.'"  *Id.* (citation omitted).

16.   "This was not the first time Trump Jr. falsely accused a transgender individual of committing murder.  He blamed the assassination of Minnesota Representative Melissa Hortman on the 'radical transgender movement,' despite there being no evidence to support that claim, and argued that 'the radical transgender movement is per capita the most violent domestic terror threat, if not in America, probably the entire world . . . because you have all these shooters and murderers or attempted murderers in such a tiny population.'"  *Id.* (citation omitted).

Accordingly, Ms. Jansen respectfully requests that the Court grant her motion for a preliminary injunction.

Dated: July 10, 2026

Respectfully submitted,

*/s/ Jaime A. Santos*
Jaime A. Santos (#1047905)
Cassandra M. Snyder (#1671667)
Kylie E. Burke (#90040140)
GOODWIN PROCTER, LLP
1900 N Street, N.W. Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 246-4444
JSantos@goodwinlaw.com
CassandraSnyder@goodwinlaw.com
KylieBurke@goodwinlaw.com

Louis Lobel (admitted *pro hac vice*)
Andrea S. Goodman (admitted *pro hac vice*)
GOODWIN PROCTER, LLP
100 Northern Avenue
Boston, MA 02210
Tel.:  (617) 570-1000
Fax:  (617) 523-1231
LLobel@goodwinlaw.com
AndiGoodman@goodwinlaw.com

Timothy James Beavers (admitted *pro hac vice*)
GOODWIN PROCTER, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.:  (212) 459-7208
Fax:  (212) 355-3333
TBeavers@goodwinlaw.com

*Counsel for Plaintiff*

6