**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JANA JANSEN,

*Plaintiff*,

v.

DONALD TRUMP, *in his official capacity as President of the United States*, et al.

*Defendants*.

Civil Action No. 1:25-cv-02961-LLA

**PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' MOTION TO EXTEND TIME**

Plaintiff Jana Jansen consents to the government's request for a three-week extension of time to file its reply in support of its motion to dismiss, until Friday, October 30. But given the prejudice caused by delay, Ms. Jansen believes further proceedings in this action should be conducted as expeditiously as possible. To that end, Ms. Jansen intends to file a motion requesting that the Court set a Rule 16(b) scheduling conference for a date following government counsel's return from international travel.

Ms. Jansen's Global Entry benefits are set to expire in mid November. As explained in support of her request for a preliminary injunction, Ms. Jansen regularly uses her Global Entry card as her primary form of identification in her everyday life. The fact that losing this form of identification does not rise to the extraordinary level of harm sufficient to support preliminary injunctive relief, *see* ECF No. 80, does not mean Ms. Jansen will not be prejudiced from delay in this case. She will be prejudiced every additional day that she is unable to use her Global Entry card. That is especially true given the indignity of knowing *why* she has lost access to this benefit: because the government insists on branding her as male, despite her intersex biology and the fact

that her state and federal identification documents have carried a female sex marker for more than thirty years. Extending the deadlines for the motion to dismiss will only further prejudice her by pushing out all subsequent deadlines in this case.

Ms. Jansen's conduct since the denial of preliminary injunctive relief has reflected the urgency. While she consented to a ten-day extension for the government's deadline to file its motion to dismiss and was even willing to consent to two additional weeks for the government's reply, Ms. Jansen sought no extension for her opposition to the government's motion to dismiss. But given the imminent lapse of Ms. Jansen's benefits, and with that her access to her everyday identification, every day matters.

Nevertheless, Ms. Jansen is willing to consent to the government's request in full as a show of good faith, and to accommodate government counsel's travel schedule. But because this case should be resolved as quickly as possible to minimize the prejudice to Ms. Jansen, Ms. Jansen will soon file a motion asking the Court set a Rule 16(b) scheduling conference at the earliest practicable date following government counsel's return from international travel.[1] During that conference, Ms. Jansen intends to seek only limited, targeted discovery, with the aim of proceeding to expedited summary judgment as soon as possible.

Accordingly, Ms. Jansen consents to the government's request for a three-week extension of the government's deadline to file a reply in support of its motion to dismiss, until October 30, 2026.

[1] Also in the interest of expedited proceedings, Ms. Jansen intends to request that the Court waive Rule 26(f)'s requirement that the parties must confer at least 21 days before the scheduling conference.

Dated: October 8, 2026

Respectfully submitted,

/s/ Cassandra M. Snyder
Andrew Kim (#1029348)
Cassandra M. Snyder (#1671667)
Kylie E. Burke (#90040140)
GOODWIN PROCTER, LLP
1900 N Street, N.W. Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 246-4444
AndrewKim@goodwinlaw.com
CassandraSnyder@goodwinlaw.com
KylieBurke@goodwinlaw.com

Louis Lobel (admitted *pro hac vice*)
Andrea S. Goodman (admitted *pro hac vice*)
GOODWIN PROCTER, LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
LLobel@goodwinlaw.com
AndiGoodman@goodwinlaw.com

Timothy James Beavers (admitted *pro hac vice*)
GOODWIN PROCTER, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7208
Fax: (212) 355-3333
TBeavers@goodwinlaw.com

*Counsel for Plaintiff*